**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| JORGE A. GOMEZ, | ) | No. CV11-9814-CW |
| | ) | |
| Petitioner, | ) | JUDGMENT |
| | ) | |
| v. | ) | |
| | ) | |
| GREEN LEWIS (Warden), | ) | |
| | ) | |
| Respondent. | ) | |

IT IS ADJUDGED that the petition for writ of habeas corpus is dismissed, with prejudice, as untimely.

DATED: April 19, 2012

*Carla M. Woehrle*
———————————————
CARLA M. WOEHRLE
United States Magistrate Judge

1